AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| ALLIANT, LLC, a Wyoming limited liability company, | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. **1:26-cv-00638-PTG-IDD** |
| JOHN "ESTY" MCCOY, an individual; FLUID CHARGE, LLC, a Dissolved Maryland limited liability company; LEESBURG PIKE PARTNERS, LLC (MARYLAND), a Maryland limited liability company; DEALERWORKS, LLC, a Connecticut limited liability company; ZACH LAPOLE, an individual; GAGE EVANS, an individual; CHRISTY MILTON, an individual; and TRACER PAYMENTS, LLC, a Texas limited liability company, | ) ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John "Esty" McCoy
1518 Potomac Avenue SE
Washington, DC 20003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony R. Coppola, Esq.
Virginia Bar Number 74788
Semmes, Bowen & Semmes
8444 Westpark Drive, Ste 830
McLean, VA 22102
Tel: 703.760.9473

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   03/09/2026
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:26-cv-00638-PTG-IDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| ALLIANT, LLC, a Wyoming limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>JOHN "ESTY" MCCOY, an individual; FLUID CHARGE, LLC, a Dissolved Maryland limited liability company; LEESBURG PIKE PARTNERS, LLC (MARYLAND), a Maryland limited liability company; DEALERWORKS, LLC, a Connecticut limited liability company; ZACH LAPOLE, an individual; GAGE EVANS, an individual; CHRISTY MILTON, an individual; and TRACER PAYMENTS, LLC, a Texas limited liability company,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  1:26-cv-00638-PTG-IDD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DEALERWORKS, LLC, a Connecticut limited liability company
SERVE: Cogency Global Inc, Registered Agent
29 West High Street
East Hampton, CT, 06424, United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony R. Coppola, Esq.
Virginia Bar Number 74788
Semmes, Bowen & Semmes
8444 Westpark Drive, Ste 830
McLean, VA 22102
Tel: 703.760.9473

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   03/09/2026
_____              _____
                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00638-PTG-IDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□  I returned the summons unexecuted because _____ ; or

□  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

ALLIANT, LLC, a Wyoming limited liability company,

)
)
)
)
)
*Plaintiff(s)*                                                                     )
)
v.                                                          )          Civil Action No.   1:26-cv-00638-PTG-IDD
JOHN "ESTY" MCCOY, an individual; FLUID CHARGE, LLC, a Dissolved Maryland       )
limited liability company; LEESBURG PIKE PARTNERS, LLC (MARYLAND), a            )
Maryland limited liability company; DEALERWORKS, LLC, a Connecticut limited     )
liability company; ZACH LAPOLE, an individual; GAGE EVANS, an individual;       )
CHRISTY MILTON, an individual; and TRACER PAYMENTS, LLC, a Texas limited        )
liability company,                                                             )
)
*Defendant(s)*                                                                  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Christy Grimes a.k.a. Christy Milton
1615 S. Bryan Street, Apt. 20
Amarillo, TX 79102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony R. Coppola, Esq.
Virginia Bar Number 74788
Semmes, Bowen & Semmes
8444 Westpark Drive, Ste 830
McLean, VA 22102
Tel: 703.760.9473

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    03/09/2026
_____                    _____
                                                                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:26-cv-00638-PTG-IDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| ALLIANT, LLC, a Wyoming limited liability company, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. **1:26-cv-00638-PTG-IDD** |
| JOHN "ESTY" MCCOY, an individual; FLUID CHARGE, LLC, a Dissolved Maryland limited liability company; LEESBURG PIKE PARTNERS, LLC (MARYLAND), a Maryland limited liability company; DEALERWORKS, LLC, a Connecticut limited liability company; ZACH LAPOLE, an individual; GAGE EVANS, an individual; CHRISTY MILTON, an individual; and TRACER PAYMENTS, LLC, a Texas limited liability company, | ) ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   FLUID CHARGE, LLC, a Dissolved Maryland limited liability company
6959 Golden Ring Road
Rosedale, MD 21237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony R. Coppola, Esq.
Virginia Bar Number 74788
Semmes, Bowen & Semmes
8444 Westpark Drive, Ste 830
McLean, VA 22102
Tel: 703.760.9473

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   03/09/2026
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-00638-PTG-IDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

ALLIANT, LLC, a Wyoming limited liability company,

)
)
)
)
)
)

*Plaintiff(s)*

V.

JOHN "ESTY" MCCOY, an individual; FLUID CHARGE, LLC, a Dissolved Maryland
limited liability company; LEESBURG PIKE PARTNERS, LLC (MARYLAND), a
Maryland limited liability company; DEALERWORKS, LLC, a Connecticut limited
liability company; ZACH LAPOLE, an individual; GAGE EVANS, an individual;
CHRISTY MILTON, an individual; and TRACER PAYMENTS, LLC, a Texas limited
liability company,

*Defendant(s)*

)
)
)
)
)
)
)
)

Civil Action No. 1:26-cv-00638-PTG-IDD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Zach Lapole
102 Galaxy Court
Martinsburg, WV 25404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Anthony R. Coppola, Esq.
Virginia Bar Number 74788
Semmes, Bowen & Semmes
8444 Westpark Drive, Ste 830
McLean, VA 22102
Tel: 703.760.9473

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  03/09/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00638-PTG-IDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| ALLIANT, LLC, a Wyoming limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>JOHN "ESTY" MCCOY, an individual; FLUID CHARGE, LLC, a Dissolved Maryland limited liability company; LEESBURG PIKE PARTNERS, LLC (MARYLAND), a Maryland limited liability company; DEALERWORKS, LLC, a Connecticut limited liability company; ZACH LAPOLE, an individual; GAGE EVANS, an individual; CHRISTY MILTON, an individual; and TRACER PAYMENTS, LLC, a Texas limited liability company,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:26-cv-00638-PTG-IDD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TRACER PAYMENTS, LLC, a Texas limited liability company
SERVE:  Christy Milton
1514 S. Lamar Street
Amarillo, TX 79102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony R. Coppola, Esq.
Virginia Bar Number 74788
Semmes, Bowen & Semmes
8444 Westpark Drive, Ste 830
McLean, VA 22102
Tel: 703.760.9473

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  03/09/2026
_____                    _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:26-cv-00638-PTG-IDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia

ALLIANT, LLC, a Wyoming limited liability company,

)
)
)
)

*Plaintiff(s)*

)
)

v.

)

Civil Action No. **1:26-cv-00638-PTG-IDD**

JOHN "ESTY" MCCOY, an individual; FLUID CHARGE, LLC, a Dissolved Maryland limited liability company; LEESBURG PIKE PARTNERS, LLC (MARYLAND), a Maryland limited liability company; DEALERWORKS, LLC, a Connecticut limited liability company; ZACH LAPOLE, an individual; GAGE EVANS, an individual; CHRISTY MILTON, an individual; and TRACER PAYMENTS, LLC, a Texas limited liability company,

)
)
)
)
)
)

*Defendant(s)*

)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LEESBURG PIKE PARTNERS, LLC (MARYLAND), a Maryland limited
liability company
245 West Chase Street
Baltimore, MD 21201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Anthony R. Coppola, Esq.
Virginia Bar Number 74788
Semmes, Bowen & Semmes
8444 Westpark Drive, Ste 830
McLean, VA 22102
Tel: 703.760.9473

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    03/09/2026
_____                    _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00638-PTG-IDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| ALLIANT, LLC, a Wyoming limited liability company, | ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | ) <br> ) |
| JOHN "ESTY" MCCOY, an individual; FLUID CHARGE, LLC, a Dissolved Maryland limited liability company; LEESBURG PIKE PARTNERS, LLC (MARYLAND), a Maryland limited liability company; DEALERWORKS, LLC, a Connecticut limited liability company; ZACH LAPOLE, an individual; GAGE EVANS, an individual; CHRISTY MILTON, an individual; and TRACER PAYMENTS, LLC, a Texas limited liability company, | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| *Defendant(s)* | ) |

Civil Action No.  1:26-cv-00638-PTG-IDD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gage Evans
541 Kelly Drive
Harpers Ferry, WV 25425

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Anthony R. Coppola, Esq.
Virginia Bar Number 74788
Semmes, Bowen & Semmes
8444 Westpark Drive, Ste 830
McLean, VA 22102
Tel: 703.760.9473

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    03/09/2026
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:26-cv-00638-PTG-IDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: